July 16, 1984.

479 A.2d 1130

Commonwealth v. Singleton, Appellant.

Submitted June 21, 1984. Robert G. Kochems, Assistant Public Defender, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before TAMILIA, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.

July 17, 1984.

479 A.2d 1130

Commonwealth v. Hubbard, Appellant.

Submitted June 21, 1984. Jeffrey Small, for appellant; Anthony J. Berosh, Assistant District Attorney, for Commonwealth, appellee.

Before TAMILIA, JOHNSON and MONTGOMERY, JJ.

Order affirmed.